**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JULIUS DELANO SMITH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIUS DELANO SMITH,<br><br>    Defendant. | Case No.: 1:18-CR-00079-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORER TO TRAVEL TO THE NORTHERN DISTRICT** |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

On March 30, 2018, Defendant Julius Delano Smith made his initial appearance before this Court on an indictment filed in the Eastern District of California charging him with conspiracy to possess with intent to distribute and distribution of methamphetamine. Mr. Smith was released on his own recognizance under conditions set by this Court. Three of the conditions of his release are: (b) not be absent from his residence for more than 24 hours without prior approval of Pre-trial Services and travel is restricted to the Eastern District of California; (d) maintain or actively seek employment, and provide proof to Pre-trial Services upon request; and (i) the Defendant is to participate in the location monitoring program with a curfew from 9:00 p.m. to 6:00 a.m.

Mr. Smith's employer is holding a required work meeting in Paicines, San Benito

1 County, California on Tuesday, October 23, 2018, from 10:00 a.m. to 3:00 p.m. and again on Tuesday, October 30, 2018, in Livermore, Alameda County, California from 10:00 a.m. to 3:00 p.m.

United States Pretrial Services Officer Ryan Beckwith has advised defense counsel that he does not oppose the modification of Mr. Smith's release conditions to permit him to travel to and from San Benito County, California on October 23, 2018 and to and from Alameda County, California on October 30, 2018. He notes that Mr. Smith has performed well on pre-trial release and that there are currently no supervision issues. Mr. Beckwith requests that Mr. Smith first obtain permission from the Court and comply with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Smith's conditions of release should be modified as follows: Mr. Smith shall be permitted to travel by car to and from Paicines, California on Tuesday, October 23, 2018, and again on Tuesday, October 30, 2018, to Livermore, California, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: October 19, 2018   By: */s/Vincenza Rabenn*
VINCENZA RABENN
Assistant United States Attorney

DATED: October 19, 2018   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant JULIUS DELANO SMITH

## **ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be permitted to travel by car to and from Paicines, California on **Tuesday, October 23, 2018**, and again on **Tuesday, October 30, 2018**, to Livermore, California, with the advance permission of, and as directed by, Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __October 19, 2018__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE