1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   JULIUS DELANO SMITH
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00079-DAD-BAM

12 |         Plaintiff,

13 |     v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE AND TO TRAVEL TO THE NORTHERN DISTRICT**

14

15 | JULIUS DELANO SMITH,

16 |         Defendant.

17 **TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**
18

19       It is hereby stipulated between the United States of America, by and through its

20 representative, Vincenza Rabenn and the Defendant, Julius Smith, by and through his attorney

21 of record, Anthony P. Capozzi that release condition #7(i) which requires the Defendant to

22 participate in the Location Monitoring program with a curfew from 9:00 p.m. to 6:00 a.m. be

23 modified to show that Mr. Smith is no longer required to participate in the Location Monitoring

24 program with a radio transmitter attached to his person.

25       All other conditions shall remain in full force and effect.

26       United States Pretrial Services Officer Ryan Beckwith has advised defense counsel that

27 he does not oppose the modification of Mr. Smith's release conditions to remove the Location

28 Monitoring requirement. He notes that Mr. Smith has performed well on pre-trial release and

1 | that there are currently no supervision issues.

2 |     Mr. Smith's employer is holding a required work meeting in Morgan Hill, Santa Clara County, California on Wednesday, March 20, 2019, from 10:00 a.m. to 3:00 p.m.

    Mr. Beckwith requests that Mr. Smith first obtain permission from the Court to travel to the Northern District and comply with any restrictions that Pretrial Services may impose on such travel.

    Accordingly, the parties agree and stipulate that Mr. Smith's conditions of release should be modified as follows: Mr. Smith shall be removed from the Location Monitoring program and be permitted to travel by car to and from Morgan Hill, California on Wednesday, March 20, 2019, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: March 14, 2019     By: */s/Vincenza Rabenn*
                                             VINCENZA RABENN
                                             Assistant United States Attorney

DATED: March 14, 2019     By: */s/Anthony P. Capozzi*
                                             ANTHONY P. CAPOZZI
                                             Attorney for Defendant JULIUS DELANO SMITH

## **ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant is no longer required to participate in the Location Monitoring program with a radio transmitter attached to his person and he shall be permitted to travel by car to and from Morgan Hill, California on **Wednesday, March 20, 2019**, with the advance permission of, and as directed by, Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **March 18, 2019**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE