1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   JULIUS SMITH
7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * * *

11 | UNITED STATES OF AMERICA,    | Case No.: 1:18-CR-00079-DAD-BAM

12 |         Plaintiff,           | **STIPULATION AND ORDER TO**
                                    **CONTINUE TRIAL CONFIRMATION**
13 |    v.                        | **AND JURY TRIAL**

14 |                              |

15 | JULIUS SMITH,                | Date: **April 13, 2020**
                                    Time: **10:00 a.m.**
16 |         Defendant.           | Courtroom: **5**

17 **TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES
        ATTORNEY:**
18

19      Plaintiff, United States of America, by and through its counsel of record, and Defendant,

20 by and through his counsel of record, hereby stipulate as follows:

21      1.   By previous order, this matter was set for a Trial Confirmation on April 13, 2020,

22 at 10:00 a.m. and Jury Trial on May 5, 2020, at 8:30 a.m.

23      2.   By this stipulation, Defendant now moves to vacate the Jury Trial and continue

24 the Trial Confirmation to **August 31, 2020, at 10:00 a.m.** and set the Jury Trial for **September**

25 **15, 2020, at 8:30 a.m.**

26      3.   The parties agree and stipulate, and request that the Court find the following:

27           a.   A scheduling conflict has arisen due to the judicial emergency and the

28 Court's order of February 3, 2020, (Doc. 67) wherein all trials will be held on Tuesday,

Wednesday, and Thursday. The Defendant's attorney is scheduled to be out of the country beginning on May 13, 2020, and will not be returning until May 27, 2020.

    b. Defense counsel has requested additional discovery and needs to conduct further investigation of witnesses in the hopes that a resolution may be reached.

    c. The government does not oppose a continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 13, 2020, to September 15, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                                            Respectfully submitted,

DATED: March 20, 2020           By: */s/Vincenza Rabenn*
                                               VINCENZA RABENN
                                               Assistant United States Attorney

DATED: March 10, 2020           By: */s/Anthony P. Capozzi*
                                               ANTHONY P. CAPOZZI
                                               Attorney for Defendant JULIUS SMITH

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 13, 2020, to and including September 15, 2020, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial and that defendant's counsel requires additional time to adequately prepare for trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

**IT IS ORDERED** that the Trial Confirmation currently scheduled for April 13, 2020, at 10:00 a.m. is continued to **August 31, 2020, at 10:00 a.m.** and the Jury Trial currently scheduled for May 5, 2020, at 8:30 a.m. is continued to **September 15, 2020, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: __**March 11, 2020**__  

_____
UNITED STATES DISTRICT JUDGE